# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: 1:17–mj–00048–HKS All Defendants

Case title: USA v. Smith

Other court case number:  15 CR 350 Northern District of Ohio
(Eastern Division)

Date Filed: 03/30/2017

Assigned to: Hon. H. Kenneth
Schroeder Jr.

**Defendant (1)**

**Richard Smith**          represented by  **Jeffrey T. Bagley**
Federal Public Defender
300 Pearl Street
Suite 200
Buffalo, NY 14202
716–551–3341
Email: jeffrey_bagley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts**                **Disposition**

None

**Highest Offense Level
(Opening)**

None

**Terminated Counts**              **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                   **Disposition**

18:922G.F

**Plaintiff**

**USA**                        represented by

**John D. Fabian**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716–843–5819
Fax: 716–551–3052
Email: john.fabian@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: government attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/30/2017 | | | Arrest (Rule 5) of Richard Smith (LMG) (Entered: 04/07/2017) |
| 04/07/2017 | 1 | 3 | Rule 5(c)(3) Documents Received as to Richard Smith (LMG) (Entered: 04/07/2017) |
| 04/07/2017 | | | Minute Entry for proceedings held before Hon. H. Kenneth Schroeder Jr.: Status Conference as to Richard Smith held on 4/7/2017. <br><br> Defendant suffered a stroke shortly after he was arrested and had to undergo surgery. He remains hospitalized with paralysis and limited brain function. He is being guarded by the U.S. Marshals service 24 hours a day. <br><br> Court granted government's request to release defendant on his own recognizance. Defendant's arraignment on the charges will be held in abeyance until his health permits an appearance. Status Conference set for 5/5/2017 at 10:30 AM before the Hon. H. Kenneth Schroeder, Jr. Time to 5/5/2017 excluded for purposes of the STA pursuant to Title 18 USC 3161(h)(1)(A), (h)(7)(A) and (h)(7)(B)(iv). <br><br> Appearances: AUSA John Fabian; AFPD Jeffrey Bagley on behalf of defendant; USMS Deputy Rebecca Smith. (Court Reporter FTR Gold.)(LMG) (Entered: 04/07/2017) |
| 05/05/2017 | | | Minute Entry for proceedings held before Hon. H. Kenneth Schroeder Jr.:Status Conference as to Richard Smith held on 5/5/2017. <br><br> AFPD Jeffrey Bagley advised that defendant has been transferred to a hospital in Cleveland, Ohio. Since the defendant is now back in the Northern District of Ohio, there is nothing more for this Court to do. <br><br> Appearances: AUSA John Fabian; AFPD Jeffrey Bagley on behalf of defendant. (Court Reporter FTR Gold.)(LMG) (Entered: 05/05/2017) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, Section 922(g)(1), |
| RICHARD SMITH, | ) | United States Code |
| | ) | |
| Defendant. | ) | |
| | ) | |

COUNT 1

The Grand Jury charges:

On or about October 1, 2014, in the Northern District of Ohio, Eastern Division, the

defendant, RICHARD SMITH, having been convicted of crimes punishable by a term of

imprisonment exceeding one year, those being:  Burglary and Theft in the Cuyahoga County

Court of Common Pleas under Case Number CR-05-469680-A on May 20, 2008, did knowingly

possess in and affecting interstate commerce the following three firearms:

　1.  P. Beretta, model C+4 Storm, 9 mm semi-automatic rifle, serial number CX00838

2. Romarm/Cugir, model WASR-10, 7.62 x .39 caliber, semi-automatic rifle, serial number 1-50800-03; and

3. Bushmaster, model XM15-ELS, .223 caliber semi-automatic rifle, serial number L216201.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, defendant RICHARD SMITH shall forfeit to the United States any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

a. P. Beretta, model C+4 Storm, 9 mm semi-automatic rifle, serial number CX00838;

b. Romarm/Cugir, model WASR-10, 7.62 x .39 caliber, semi-automatic rifle, serial number 1-50800-03; and,

c. Bushmaster, model XM15-ELS, .223 caliber semi-automatic rifle, serial number L216201.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4

United States v. Richard Smith

A TRUE BILL.

_____
FOREPERSON

STEVEN M. DETTELBACH
United States Attorney

By: _____
Joseph M. Pinjuh, Chief
OCDETF Unit

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FI0# 9904841

for the

Northern District of Ohio

United States of America
v.
RICHARD SMITH

)
)
)
)
)
)

Case No.   **1 15 CR 350**

**JUDGE BOYKO**

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     RICHARD SMITH

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) Felon in possession of a firearm

GERI M SMITH

By,

*Issuing officer's signature*

Date:     09/23/2015

City and state:     Cleveland, Ohio

Gregory A. White, United States Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |